## UHFCU CASH DEPOSITS IN 2002

226.    In 2002, Swing Video LLC was the primary source of income for BETTY YI HERNANDEZ.

227.    In 2002, the Schedule of Reported Taxable Income showed that BETTY YI HERNANDEZ and Kwang Sup SHIN had taxable income of $22,246.00.

228.    In 2002, the Bank Deposits Method of Proof showed that BETTY YI HERNANDEZ and Kwang Sup SHIN had Corrected Taxable Income of $67,279.01 and Additional Taxable Income of $45,033.01.

229.    In 2002, based upon the Bank Deposits Method of Proof, the Additional Taxable Income of $45,033.01 represents unidentified income.

230.    In 2002, based upon the information of the Honolulu DEA Task Force investigation, the Additional Taxable Income of $45,033.01 represents an inherent appearance of income that BETTY YI HERNANDEZ likely received from drug users and drug dealers.

231.    In 2002, UHFCU records showed that BETTY YI HERNANDEZ managed to deposit a total of $4,000.00 in cash into UHFCU Prime Share Account #37961.

232.    In 2002, based upon the information of the Honolulu DEA Task Force investigation, the $4,000.00 represents an inherent appearance of income that BETTY YI HERNANDEZ likely received from drug users and drug dealers.

## CURRENCY TRANSACTION REPORTS

233.    IRS records showed that no Currency Transaction Reports were filed for CB Savings Account #236322420 in 1999, 2000, 2001 and 2002.

234.    IRS records showed that no Currency Transaction Reports were filed for UHFCU Prime Share Account #37961 in 1999, 2000, 2001 and 2002.

## STEP 10.  PURCHASE OF ASSETS WITH DRUG PROCEEDS

235.    Based on the information provided by the Honolulu DEA Task Force on BETTY YI HERNANDEZ and Swing Video LLC, based on the indications of fraud committed by BETTY YI HERNANDEZ and Kwang Sup SHIN, and based on my experience and training, I conducted a financial investigation to determine if BETTY YI HERNANDEZ acquired rental property, residential property, vehicles and business assets with illegally acquired money and then paid for and maintained these assets with illegally acquired money.

### RENTAL PROPERTY

236.    Based on the information provided by the Honolulu DEA Task Force on BETTY YI HERNANDEZ and Swing Video LLC, based on the indications of fraud committed by BETTY YI HERNANDEZ and Kwang Sup SHIN, and based on my experience and training, it is probable that BETTY YI HERNANDEZ acquired the following rental property with illegally acquired money and then paid for and maintained this rental property with illegally acquired money.

237.    On 11/06/1997, according to BOC records, BETTY YI HERNANDEZ and Tenny Y. HERNANDEZ entered into an Unrecorded Agreement of Sale with Judy CAMP, the owner of a certain parcel of real property located at 4539 Malia Street, Honolulu, Hawaii, Tax Map Key Number 1-3-5-036-076-0000.

238.    On 11/21/2000, according BOC records, BETTY YI HERNANDEZ paid $362,000.00 to Judy CAMP for a certain parcel of real property located at 4539 Malia Street, Honolulu, Hawaii, Tax Map Key Number 1-3-5-036-076-0000.

239.    On 11/21/2000, according BOC records, BETTY YI HERNANDEZ borrowed $300,000.00 from BNC Mortgage Inc. for a certain parcel of real property located at 4539 Malia Street, Honolulu, Hawaii, Tax Map Key Number 1-3-5-036-076-0000.

240.    On 11/21/2000, BETTY YI HERNANDEZ paid $62,000.00 to Judy CAMP for a certain parcel of real property located at 4539 Malia Street, Honolulu, Hawaii, Tax Map Key Number 1-3-5-036-076-0000.

## SALE OF RENTAL PROPERTY

241.    On 04/05/2002, according BOC records, Michael R. CRUISE and Gwendellyn EARNSHAW paid $365,000.00 to BETTY YI HERNANDEZ for a certain parcel of real property located at 4539 Malia Street, Honolulu, Hawaii, Tax Map Key Number 1-3-5-036-076-0000.

## MORTGAGE INTEREST DEDUCTIONS

242.    According to IRS records, BETTY YI HERNANDEZ filed a 1997 U.S. Individual Income Tax Return (Form 1040) concerning BETTY YI HERNANDEZ, 3075 Ala Poha Place, Apt. 1609, Honolulu, Hawaii 96818.

243.    According to IRS records, BETTY YI HERNANDEZ filed a 1997 Schedule E (Form 1040) and claimed a Rental Mortgage Interest Deduction of $2,673.00 in 1997 on 4539 Malia Street, Honolulu, Hawaii, Tax Map Key Number 1-3-5-036-076-0000.

244.    According to IRS records, BETTY YI HERNANDEZ and Kwang Sup SHIN filed a 1998, 1999, 2000, 2001 and 2002 U.S. Individual Income Tax Return (Form 1040) concerning BETTY YI HERNANDEZ and Kwang Sup SHIN, 3075 Ala Poha Place, Apt. 1609, Honolulu, Hawaii.

245.    According to IRS records, BETTY YI HERNANDEZ and Kwang Sup SHIN filed a 1998, 1999, 2000, 2001 and 2002 Schedule E (Form 1040). BETTY YI HERNANDEZ and Kwang Sup SHIN claimed a Rental Mortgage Interest Deduction of $29,975.00, $16,765.00, $24,360.00, $33,313.00, and $20,421.00 in 1998, 1999, 2000, 2001 and 2002, respectively on 4539 Malia Street, Honolulu, Hawaii, Tax Map Key Number 1-3-5-036-076-0000.

## PURCHASE OF PERSONAL RESIDENCE

246.    Based on the information provided by the Honolulu DEA Task Force on BETTY YI HERNANDEZ and Swing Video LLC, based on the indications of fraud committed by BETTY YI HERNANDEZ and Kwang Sup SHIN, and based on my experience and training, it is probable that BETTY YI HERNANDEZ acquired the following residential property with illegally acquired money and then paid for and maintained this rental property with illegally acquired money.

247.    On 06/23/1998, according to BOC records, BETTY YI HERNANDEZ, Single, Tenant by Severalty, paid $264,000.00 to Schuler Homes Inc. for a certain parcel of real property located at Country Club Village Phase 2, 3075 Ala Poha Place, Unit 1609, Honolulu, Hawaii, Tax Map Key Number 1-1-1-065-041-0176. The down payment was $100,000.00 for the purchase of Country Club Village Phase 2, 3075 Ala Poha Place, Unit 1609, Honolulu, HI.

248.    On 06/23/1998, according to BOC records, BETTY YI HERNANDEZ borrowed $164,000.00 from BNC Mortgage Inc. for a certain parcel of real property located at Country Club Village Phase 2, 3075 Ala Poha Place, Unit 1609, Honolulu, Hawaii, Tax Map Key Number 1-1-1-065-041-0176.

## REFINANCED HOME MORTGAGE

249.    On 04/22/1999, according to BOC records, BETTY YI HERNANDEZ, Single, Tenant by Severalty, refinanced her home mortgage in the amount of $211,200.00 with Amresco Residential Mortgage Corporation. The refinanced home mortgage was secured by a certain parcel of real property located at Country Club Village Phase 2, 3075 Ala Poha Place, Unit 1609, Honolulu, Hawaii, Tax Map Key Number 1-1-1-065-041-0176.

250.    On 07/13/1999, according to BOC records, BETTY YI HERNANDEZ borrowed $27,600 from the University of Hawaii Federal Credit Union via a Second Mortgage. This Second Mortgage was secured by a certain parcel of real property located at Country Club Village Phase 2, 3075 Ala Poha Place, Unit 1609, Honolulu, Hawaii, Tax Map Key Number 1-1-1-065-041-0176.

251.    On 03/20/2000, according to FHB records, BETTY Y. HERNANDEZ had a $200,000.00 home mortgage loan with Country Wide Home Loans. The monthly mortgage payments were in the amount of $1,600.00.

252.    According to IRS records, BETTY YI HERNANDEZ filed a 1997 U.S. Individual Income Tax Return (Form 1040) concerning BETTY YI HERNANDEZ, 3075 Ala Poha Place, Apt. 1609, Honolulu, Hawaii 96818.

## MAINTENANCE PAYMENTS

253.    According to FHB records, BETTY YI HERNANDEZ used checks drawn on BETTY YI HERNANDEZ dba FHB Swing Video Checking Account #47-019753 for maintenance payments for Country Club Village AOAO to Chaney Brooks in the amount of $1,265.68 in 1999.

254.    According to FHB records, BETTY YI HERNANDEZ used checks drawn on BETTY YI HERNANDEZ dba FHB Swing Video Checking Account #47-019753 for maintenance payments to Country Club Village AOAO in the amount of $2,624.31, $2,956.76, $3,853.85, and $2,751.87 in 2000, 2001, 2002 and 2003, respectively.

## MORTGAGE INTEREST DEDUCTIONS

255.    According to IRS records, BETTY YI HERNANDEZ filed a 1997 Schedule A (Form 1040) and claimed a Home Mortgage Interest Itemized Deduction of Zero Dollars in 1997 on Country Club Village Phase 2, 3075 Ala Poha Place, Unit 1609, Honolulu, Hawaii, Tax Map Key Number 1-1-1-065-041-0176.

256.    According to IRS records, BETTY YI HERNANDEZ and Kwang Sup SHIN filed a 1998, 1999, 2000, 2001 and 2002 U.S. Individual Income Tax Return (Form 1040) concerning BETTY YI HERNANDEZ and Kwang Sup SHIN, 3075 Ala Poha Place, Apt. 1609, Honolulu, Hawaii.

257.    According to IRS records, BETTY YI HERNANDEZ and Kwang Sup SHIN filed a 1998, 1999, 2000, 2001 and 2002 Schedule A (Form 1040).  BETTY YI HERNANDEZ and Kwang Sup SHIN claimed a Home Mortgage Interest Itemized Deduction of $10,760 in 1998, $16,765 in 1999, $18,954 in 2000, $20,945 in 2001 and $16,536 in 2002 on Country Club Village Phase 2, 3075 Ala Poha Place, Unit 1609, Honolulu, Hawaii, Tax Map Key Number 1-1-1-065-041-0176.

## FORM 1098 MORTGAGE INTEREST

258.    In 1999, according to IRS records, BETTY YI HERNANDEZ and Kwang Sup SHIN paid mortgage interest of $6,380.00 to Amresco, $10,384.00 to Aurora Loan Services Inc., and $4,404.00 to Country Wide Home Loans, for a total of $21,168.00.

259.    In 2000, according to IRS records, BETTY YI HERNANDEZ and Kwang Sup SHIN paid mortgage interest of $18,953.00 to Country Wide Home Loans and $2,271.00 to University of Hawaii Federal Credit Union, for a total of $21,224.00.

260.    In 2001, according to IRS records, BETTY YI HERNANDEZ and Kwang Sup SHIN paid mortgage interest of $20,945.00 to Country Wide Home Loans, $7,634.00 to Ocwen Federal Bank FSB, and $25,679.00 to Option One Mortgage Corporation, for a total of $54,258.00.

261.    In 2002, according to IRS records, BETTY YI HERNANDEZ and Kwang Sup SHIN paid mortgage interest of $16,536.00 to Country Wide Home Loans, $20,421.00 to Ocwen Federal Bank FSB, and $337.00 to University of Hawaii Federal Credit Union, for a total of $37,294.00.

## USING FHB SWING VIDEO CHECKS FOR MORTGAGE PAYMENTS

### AMRESCO RESIDENTIAL MORTGAGE

262.    In 1999, according to FHB records, BETTY YI HERNANDEZ used checks drawn on BETTY YI HERNANDEZ dba FHB Swing Video Checking Account #47-019753 for mortgage payments to Amresco Residential Mortgage Corporation in the amount of $6,581.60.

### COUNTRY WIDE HOME LOANS

263.    According to FHB records, BETTY YI HERNANDEZ used checks drawn on BETTY YI HERNANDEZ dba FHB Swing Video Checking Account #47-019753 for mortgage payments to Country Wide Home Loans in the amount of $3,290.80 in 1999, $21,299.00 in 2000, $24,153.65 in 2001, $14,215.95 in 2002 and $30,473.45 in 2003.

### FIRST NATIONWIDE MORTGAGE

264.    According to FHB records, BETTY YI HERNANDEZ used checks drawn on BETTY YI HERNANDEZ dba FHB Swing Video Checking Account #47-019753 for mortgage payments to First Nationwide Mortgage in the amount of $15,200.64 in 1999, $12,406.80 in 2000, $13,312.25 in 2001 and $7,818.52 in 2002.

## UC LENDING

265.    According to FHB records, BETTY YI HERNANDEZ used checks drawn on BETTY YI HERNANDEZ dba FHB Swing Video Checking Account #47-019753 for mortgage payments to UC Lending in the amount of $31,444.39 in 1999 and $25,454.60 in 2000.

## PURCHASE OF VEHICLES

266.    Based on the information provided by the Honolulu DEA Task Force on BETTY YI HERNANDEZ and Swing Video LLC, based on the indications of fraud committed by BETTY YI HERNANDEZ and Kwang Sup SHIN, and based on my experience and training, it is probable that BETTY YI HERNANDEZ acquired a 1998 Jeep Grand Cherokee, 1999 Dodge Durango and 2000 Nissan Infiniti with illegally acquired money and then paid for and maintained these vehicles with illegally acquired money.

## PURCHASE OF 1998 JEEP GRAND CHEROKEE

267.    On 12/10/1998, according to FHB records, BETTY YI HERNANDEZ and Kwang Sup SHIN paid $32,385.40 to Cutter Dodge for a new 1998 Jeep Grand Cherokee.

## $20,000.00 DOWN PAYMENT

268.    On 12/10/1998, according to FHB records, BETTY YI HERNANDEZ and Kwang Sup SHIN paid $20,000.00 to Cutter Dodge as a down payment for a new 1998 Jeep Grand Cherokee.

## FHB LOAN #15-046924

269.    On 12/10/1998, according to FHB, BETTY YI HERNANDEZ and Kwang Sup SHIN borrowed $12,385.40 via FHB Pay Any Day Loan #15-046924 to pay for a new 1998 Jeep Grand Cherokee.

## MONTHLY LOAN PAYMENTS

270.    On 12/10/1998, according to FHB records, BETTY YI HERNANDEZ and Kwang Sup SHIN had monthly loan payments of $561.87 on FHB Pay Any Day Loan #15-046924.

## CHECK AND CASH PAYMENTS IN 1999

271.    In 1999, according to FHB records, BETTY YI HERNANDEZ and Kwang Sup SHIN paid $4,494.96 in cash and $1,685.61 in checks on FHB Pay Any Day Loan #15-046924.

272.    On 01/04/1999, according to FHB records, BETTY YI HERNANDEZ issued a check in the amount of $561.87 as payment on FHB Pay Any Day Loan #15-046924. The check was drawn on drawn on BETTY YI HERNANDEZ dba Swing Video Checking Account #47-019753.

273.    On 01/29/1999, according to FHB records, BETTY YI HERNANDEZ issued a check in the amount of $561.87 as payment on FHB Pay Any Day Loan #15-046924. The check was drawn on drawn on BETTY YI HERNANDEZ dba Swing Video Checking Account #47-019753.

274.    On 04/01/1999, according to FHB records, BETTY YI HERNANDEZ issued a check in the amount of $561.87 as payment on FHB Pay Any Day Loan #15-046924. The check was drawn on drawn on BETTY YI HERNANDEZ dba Swing Video Checking Account #47-019753.

## CASH PAYMENTS IN 2000

275.    In 2000, according to FHB records, BETTY YI HERNANDEZ and Kwang Sup SHIN paid $1,685.61 in currency on FHB Pay Any Day Loan #15-046924.

## LOAN PAY OFF IN 2000

276.    On 03/15/2000, according to FHB records, BETTY YI HERNANDEZ and Kwang Sup SHIN paid off the balance on FHB Pay Any Day Loan #15-046924 with insurance check in the amount $5,442.80.

## PURCHASE OF 1999 WHITE DODGE DURANGO
## Vehicle Identification Number 1B4HR28Z3XF686868

277.   On 10/06/1999, according to FHB records, BETTY YI HERNANDEZ, Lori HERNANDEZ, and Tenny Y. HERNANDEZ paid $32,769.36 to Cutter Dodge for a new 1999 Dodge Durango.

NOTE: According to the records for the City and County of Honolulu, Department of Finance, Division of Motor Vehicles and Licensing, a white colored 1999 Dodge Durango having Hawaii license plate JCF078 was registered to Tenny Y. and Lori M. HERNANDEZ, 94-1041 Lumipolu Street, Waipahu, Hawaii 96797. These records also showed that a white colored 1999 Dodge Durango having Hawaii license plate JCF078 was legally owned by First Hawaiian Bank, PO BOX 1700, Honolulu, Hawaii 96805. These records also showed that a white colored 1999 Dodge Durango having Hawaii license plate JCF078 was registered under Vehicle Identification Number 1B4HR28Z3XF686868.

## $5,000.00 DOWN PAYMENT

278.   On 10/06/1999, according to FHB records, BETTY YI HERNANDEZ, Lori HERNANDEZ, and Tenny Y. HERNANDEZ paid $5,000 to Cutter Dodge for a new 1999 Dodge Durango.

## FHB LOAN #15-188265

279.   On 10/06/1999, according to FHB records, BETTY YI HERNANDEZ, Lori HERNANDEZ, and Tenny Y. HERNANDEZ borrowed $28,639.13 via FHB Pay Any Day Loan #15-188265 to pay for a new 1999 Dodge Durango.

## MONTHLY LOAN PAYMENTS

280.   On 10/06/1999, BETTY YI HERNANDEZ, Lori HERNANDEZ and Tenny Y. HERNANDEZ had monthly loan payments of $595.38 on FHB Pay Any Day loan account #15-188265.

## CASH PAYMENTS IN 1999

281.   In 1999, according to FHB records, BETTY YI HERNANDEZ paid $1,190.76 in currency on FHB Pay Any Day Loan #15-188265.

## CASH PAYMENTS IN 2000

282.   In 2000, according to FHB records, BETTY YI HERNANDEZ paid $8,335.32 in currency on FHB Pay Any Day Loan #15-188265.

## CASH PAYMENTS IN 2001

283.   In 2001, according to FHB records, BETTY YI HERNANDEZ paid $5,953.80 in currency on FHB Pay Any Day Loan #15-188265.

## CASH PAYMENTS IN 2002

284.   In 2002, according to FHB records, BETTY YI HERNANDEZ paid $8,335.32 in currency on FHB Pay Any Day Loan #15-188265.

## LOAN PAY OFF IN 2002

285.   On 03/18/2002, according to FHB records, BETTY YI HERNANDEZ paid off FHB Pay Any Day Loan #15-188265 with FHB Swing Video Check #989 in the amount of $10,961.06.  BETTY YI HERNANDEZ issued FHB Swing Video Check #989.  FHB Swing Video Check #989 was drawn on BETTY YI HERNANDEZ dba Swing Video Checking Account #47-019753.

## 2000 INFINITI I-30 PURCHASE
### Vehicle Identification Number JNKCA31A5YT116676

286.   On 03/20/2000, according to FHB records, BETTY YI HERNANDEZ and Kwang Sup SHIN paid $34,200 to Infiniti Nissan Motor Sales for a new 2000 Infiniti.

NOTE: According to the records for the City and County of Honolulu, Department of Finance, Division of Motor Vehicles and Licensing, a 2000 black colored Infiniti having Hawaii license plate JDY797 was registered to BETTY YI HERNANDEZ, 3075 Ala Poha Place, Unit 1609, Honolulu, Hawaii 96818. These records also showed that a 2000 black colored Infiniti having Hawaii license plate JDY797 was legally owned by the University of Hawaii Federal Credit Union, PO BOX 22070, Honolulu, Hawaii 96823. These records also showed that a 2000 black colored Infiniti having Hawaii license plate JDY797 was registered under Vehicle Identification Number JNKCA31A5YT116676.

## $10,000.00 DOWN PAYMENT

287.    On 03/20/2000, according to FHB records, BETTY YI HERNANDEZ issued FHB Swing Video LLC Check #1002 drawn on FHB Swing Video LLC Account #65-194899 and made payable to Infiniti Nissan Motor Sales in the amount of $10,000.00.

## FHB LOAN #15-286789

288.    On 03/20/2000, according to FHB records, BETTY YI HERNANDEZ and Kwang Sup SHIN borrowed $25,221.30 via FHB Pay Any Day Loan #15-286789 for the purchase of new 2000 Infiniti from Nissan Motor Sales.

## MONTHLY LOAN PAYMENTS

289.    On 03/20/2000, BETTY YI HERNANDEZ and Kwang Sup SHIN had monthly loan payments of $547.83 on FHB Pay Any Day loan account #15-286798.

## CASH PAYMENTS IN 2002

290.    In 2000, according to FHB records, BETTY YI HERNANDEZ paid $1,094.76 in currency on FHB Pay Any Day Loan #15-286789.

## CHECK PAYMENTS IN 2002

291.    In 2000, according to FHB records, BETTY YI HERNANDEZ paid $547.83 in checks on FHB Pay Any Day Loan #15-286789.

## LOAN PAY OFF IN 2002

292.    On 06/16/2000, BETTY YI HERNANDEZ deposited a check for $10,000.00 into UHFCU ACCOUNT #37961.  On 06/16/2000, according to UHFCU records, BETTY YI HERNANDEZ paid off FHB Pay Any Day Loan #15-286789 in the amount of $24,229.12 with a UHFCU Check #654628 drawn on BETTY YI HERNANDEZ UHFCU Account #37961.  The UHFCU Check was made payable to FHB in the amount of $24,229.12.

## PURCHASE OF NORTH KING SHELL STATION FOR $120,000

293.    Based on the information provided by the Honolulu DEA Task Force on BETTY YI HERNANDEZ and Swing Video LLC, based on the indications of fraud committed by BETTY YI HERNANDEZ and Kwang Sup SHIN, and based on my experience and training, it is probable that BETTY YI HERNANDEZ acquired a Shell service station with illegally acquired money and then paid for and maintained the Shell service station with illegally acquired money.

294.    01/08/2001, according to SHELL records, BETTY YI HERNANDEZ dba Tenny Corporation filed an Amendment of Purchase Agreement with David & Jennifer Corporation for the purchase of North King Shell Station, 666 North King Street, Honolulu, Hawaii in the amount of $120,000.

295.    On 01/07/2001, according to FHB records, FHB Swing Video Check #802 was issued by BETTY YI HERNANDEZ.  FHB Swing Video Check #802 was made payable to Fidelity National in the amount of $5,000.00.  FHB Swing Video Check #802 was drawn on FHB Swing Video Checking Account #47-019753.  FHB Swing Video Check #802 cleared on 01/10/2001.  FHB Swing Video Check #802 was an initial deposit for the purchase of North Shell King Station, 666 North King Street, Honolulu, Hawaii.

## BUSINESS OWNERSHIP

296.    On 01/22/2001, according to SHELL records, BETTY YI HERNANDEZ was the President of Tenny Corporation and owned 90% of Tenny Corporation.  Kwang Sup SHIN was the Vice President of Tenny Corporation and owned 0% of Tenny Corporation.  Raymundo HERNANDEZ was the Treasurer/Secretary of Tenny Corporation and owned 10% of Tenny Corporation.

297.    On 02/06/2001, according to DCCA records, BETTY YI HERNANDEZ filed Articles of Incorporation for a Domestic Profit Corporation called Tenny Corporation, EIN #99-0351438, located at 666 North King Street, Honolulu, Hawaii.

298.    On 02/06/2001, according to DCCA records, BETTY YI HERNANDEZ was President/Treasurer/Director of Tenny Corporation, Tenny Y. HERNANDEZ was Vice President/Secretary/Director of Tenny Corporation, and Kwang Sup SHIN was a Director of Tenny Corporation.

299.    On 03/05/2001, according to DCCA records, Tenny Corporation filed an Application for Registration of a Trade Name for a Domestic Profit Corporation called North King Shell Station located at 666 North King Street, Honolulu, Hawaii.

## MONEY INVESTED IN 2001

300.    On 03/27/2001, according to FHB records, BETTY YI HERNANDEZ and Tenny Y. HERNANDEZ opened FHB Business Checking Account #48-061737 in the name of Tenny Corporation dba North King Shell Station, 666 North King Street, Honolulu, Hawaii with a total deposit of $19,000.

301.    On 03/27/2001, according to FHB records, $9,000.00 in cash was deposited into Tenny Corporation FHB Business Checking Account #48-061737.

302.    On 03/27/2001, according to FHB records, FHB Swing Video LLC Check #1007, in the amount of $10,000.00 was deposited into Tenny Corporation FHB Business Checking Account #48-061737.  FHB Swing Video LLC Check #1007 was issued by BETTY YI HERNANDEZ.  FHB

Swing Video LLC Check #1007 was made payable to North Shell King Station. FHB Swing Video LLC Check #1007 was drawn on FHB Swing Video LLC Checking Account #65-194899. FHB Swing Video LLC Check #1007 cleared on 03/27/2001.

303.   On 04/09/2001, according to UHFCU records, UHFCU Check in the amount of $10,000.00 was made payable to Fidelity National Title. The UHFCU Check was issued by BETTY YI HERNANDEZ. The UHFCU Check was drawn on UHFCU Prime Shares Account #37961. The UHFCU Check cleared on 04/09/2001.

304.   On 04/09/2001, according to FHB records, American Savings Bank Check #2231, in the amount of $8,000.00 was deposited into Tenny Corporation FHB Business Checking Account #48-061737. American Savings Bank Check #2231 was issued by Tenny Y. HERNANDEZ. American Savings Bank Check #2231 was made payable to North King Shell Station. American Savings Bank Check #2231 was drawn on American Savings Bank Checking Account #87-0712109.

305.   On 04/10/2001, according to FHB records, American Savings Bank Check Cashier's Check #400073605, in the amount of $10,000 was deposited into Tenny Corporation FHB Business Checking Account #48-061737. American Savings Bank Check Cashier's Check #400073605 was issued by Lori HERNANDEZ. American Savings Bank Check Cashier's Check #400073605 was made payable to North King Shell Station.

306.   On 04/10/2001, according to FHB records, FHB Swing Video Check #853, in the amount of $20,000.00 was not deposited into Tenny Corporation FHB Business Checking Account #48-061737. FHB Swing Video Check #853 was issued by BETTY YI HERNANDEZ. FHB Swing Video Check #853 was made payable to North Shell King Station. FHB Swing Video Check #853 was drawn on FHB Swing Video Checking Account #47-019753. FBH Swing Video Check #853 cleared on 04/12/2001.

307.   On 05/03/2001, according to FHB records, FHB Swing Video Check #000, in the amount of $12,000.00 was deposited into Tenny Corporation FHB Business Checking Account #48-061737. FHB Swing Video Check #000 was issued by BETTY YI HERNANDEZ. FHB Swing Video Check #000 was made payable to North Shell King Station. FHB Swing Video Check #000 was drawn on FHB Swing Video Checking Account #47-019753. FHB Swing Video Check #000 cleared on 05/03/2001.

## MONEY INVESTED IN 2002

308.    On 04/01/2002, according to FHB records, FHB Swing Video LLC Check #1016, in the amount of $5,000.00 was deposited into Tenny Corporation FHB Business Checking Account #48-061737.  FHB Swing Video Check #1016 was issued by BETTY YI HERNANDEZ.  FHB Swing Video Check #1016 was made payable to North Shell King Station.  FHB Swing Video Check #1016 was drawn on FHB Swing Video LLC Checking Account #65-194899.  FHB Swing Video Check #1016 cleared on 04/01/2002.

## MONEY INVESTED IN 2003

309.    On 04/01/2003, according to FHB records, FHB Swing Video Check #999, in the amount of $10,000.00 was deposited into Tenny Corporation FHB Business Checking Account #48-061737.  FHB Swing Video Check #999 was issued by BETTY YI HERNANDEZ.  FHB Swing Video Check #999 was made payable to North Shell King Station.  FHB Swing Video Check #999 was drawn on FHB Swing Video Checking Account #47-019753.  FHB Swing Video Check #999 cleared on 04/02/2003.

310.    On 06/24/2003, according to FHB records, FHB Swing Video Check #1048, in the amount of $30,000.00 was deposited into Tenny Corporation FHB Business Checking Account #48-061737.  FHB Swing Video Check #1048 was issued by BETTY YI HERNANDEZ.  FHB Swing Video Check #1048 was made payable to North Shell King Station.  FHB Swing Video Check #1048 was drawn on FHB Swing Video Checking Account #47-019753.  FHB Swing Video Check #1048 cleared on 06/24/2003.

311.    On 08/07/2003, according to FHB records, FHB Swing Video Check #1081, in the amount of $2,000.00 was deposited into Tenny Corporation FHB Business Checking Account #48-061737.  FHB Swing Video Check #1081 was issued by BETTY YI HERNANDEZ.  FHB Swing Video Check #1081 was made payable to North Shell King Station.  FHB Swing Video Check #1081 was drawn on FHB Swing Video Checking Account #47-019753.  FHB Swing Video Check #1081 cleared on 08/07/2003.

312.    On 09/18/2003, according to FHB records, BETTY YI HERNANDEZ purchased FHB Official Bank Check #0539226-9 in the amount of $17,400.00.  BETTY YI HERNANDEZ purchased FHB Official Bank Check #0539226-9 with $9,008.00 in cash and with $8,400.00 in funds from FHB Swing Video Checking Account #47-019753.  FHB Official Bank Check #0539226-9 was made payable to SHELL.  An $8.00 check fee was imposed on this transaction.

313.    On 09/29/2003, according to FHB records, BETTY YI HERNANDEZ purchased FHB Official Bank Check #0532437-3 in the amount of $17,400.00.  BETTY YI HERNANDEZ purchased FHB Official Bank Check #0532437-3 with $5,400.00 in cash and $12,000.00 in funds from FHB Swing Video Checking Account #47-019753.  FHB Official Bank Check #0532437-3 was made payable to SHELL.  No check fee was imposed on this transaction.

314.    On 10/02/2003, according to FHB records, BETTY YI HERNANDEZ purchased FHB Official Bank Check #0532476-9 in the amount of $17,400.00.  BETTY YI HERNANDEZ purchased FHB Official Bank Check #0532476-9 with $5,400.00 in cash and $12,000.00 in funds from FHB Swing Video Checking Account #47-019753.  FHB Official Bank Check #0532476-9 was made payable to SHELL.  No check fee was imposed on this transaction.

315.    On 10/06/2003, according to FHB records, BETTY YI HERNANDEZ purchased FHB Official Bank Check #0532496-7 in the amount of $17,400.00.  BETTY YI HERNANDEZ purchased FHB Official Bank Check #0532496-7 with $9,400.00 in cash and $8,000.00 in funds from FHB Swing Video Checking Account #47-019753.  FHB Official Bank Check #0532476-9 was made payable to SHELL.  No check fee was imposed on this transaction.

## MONEY INVESTED BY BETTY YI HERNANDEZ INTO NORTH KING SHELL STATION

316.    From 1999 to 2003, based on the following information, BETTY YI HERNANDEZ managed to invest a total of at least $182,600.00 in North King Shell Station,

## MONEY INVESTED IN 2001

317.    In 2001, Betty YI HERNANDEZ managed to invest at least $66,000.00 in North Shell King Station with the following payments:

318.  On 01/07/2001, BETTY YI HERNANDEZ issued by FHB Swing Video Check #802 payable to Fidelity National in the amount of $5,000.00.

319.  On 03/27/2001, BETTY YI HERNANDEZ deposited $9,000.00 in cash into Tenny Corporation FHB Business Checking Account #48-061737.

320.  On 03/27/2001, BETTY YI HERNANDEZ issued FHB Swing Video LLC Check #1007 payable to North Shell King Station in the amount of $10,000.00.

321.  On 04/09/2001, BETTY YI HERNANDEZ issued UHFCU Check payable to Fidelity National Title in the amount of $10,000.00.

322.  On 04/10//2001, BETTY YI HERNANDEZ issued FHB Swing Video Check #853 payable to North Shell King Station in the amount of $20,000.00.

323.  On 05/03/2001, BETTY YI HERNANDEZ issued FHB Swing Video Check #000 payable to North King Shell Station in the amount of $12,000.00.

## MONEY INVESTED IN 2002

324.  In 2002, Betty YI HERNANDEZ managed to invest at least $5,000.00 in North Shell King Station with the following payments:

325.  On 04/01/2002, BETTY YI HERNANDEZ issued FHB Swing Video LLC Check #1016 payable to North King Shell Station in the amount of $5,000.00.

## MONEY INVESTED IN 2003

326.  In 2003, Betty YI HERNANDEZ managed to invest at least $111,600.00 in North Shell King Station with the following payments:

327.  On 04/01/2003, BETTY YI HERNANDEZ issued FHB Swing Video Check #999 payable to North King Shell Station in the amount of $10,000.00.

328.    On 06/24/2003, BETTY YI HERNANDEZ issued FHB Swing Video Check #999 payable to North King Shell Station in the amount of $30,000.00.

329.    On 08/07/2003, BETTY YI HERNANDEZ issued FHB Swing Video Check #1081 payable to North King Shell Station in the amount of $2,000.00.

330.    On 09/18/2003, BETTY YI HERNANDEZ issued FHB Official Bank Check #0539226-9 payable to Shell in the amount of $17,400.00.

331.    On 09/29/2003, BETTY YI HERNANDEZ issued FHB Official Bank Check #0532437-3 payable to Shell in the amount of $17,400.00.

332.    On 10/02/2003, BETTY YI HERNANDEZ issued FHB Official Bank Check #0532476-9 payable to Shell in the amount of $17,400.00.

333.    On 10/06/2003, BETTY YI HERNANDEZ issued FHB Official Bank Check #0532496-7 payable to Shell in the amount of $17,400.00.

## SECTION IV.  BASIS FOR SEIZURE WARRANT FOR BANK ACCOUNTS

## PROBABLE CAUSE FOR DRUG VIOLATIONS UNDER TITLE 21, UNITED STATES CODE, SECTIONS 856(a)(2) & 856(b)

336.    Based on the information provided by the use of police surveillance, undercover police purchases of controlled substances, and interviews of witnesses and cooperating defendants, BETTY YI HERNANDEZ, a.k.a. "Suki," managed and controlled any building, room, or enclosure, either as an owner, lessee, agent, employee, or mortgagee, and knowingly and intentionally rented, leased, or made available for use, with or without compensation, the building, room, or enclosure for the purpose of unlawfully manufacturing, storing, distributing, or using a controlled substance.  All in violation of Title 21, United States Code, Sections 856(a)(2) and 856(b).

## PROBABLE CAUSE FOR MONEY LAUNDERING UNDER TITLE 18, UNITED STATES CODE, SECTION 1956(a)(1)(B)(i).

337.    Based on the information provided by financial records, BETTY YI HERNANDEZ, intentionally and knowingly conducted a financial transaction affecting interstate commerce, i.e. depositing cash into City Bank Account #236322420 held in the name BETTY YI HERNANDEZ, 3075 Ala Poha Place, Unit 1609, Honolulu, Hawaii 96814; First Hawaiian Bank Swing Video Checking Account #47-019753 held in the name of BETTY YI HERNANDEZ dba Swing Video, 35 North Hotel Street, Honolulu, Hawaii 96817; First Hawaiian Bank Swing Video LLC Checking Account #65-194899 held in the name of BETTY YI HERNANDEZ dba Swing Video LLC, 1340 Kapiolani Blvd., Unit 102, Honolulu, Hawaii 96814 and University of Hawaii Federal Credit Union Account #37961 held in the name of BETTY YI HERNANDEZ, 3075 Ala Poha Place, Unit 1609, Honolulu, Hawaii 96814, knowing that the property involved in the financial transaction represented the proceeds of some form of a specified unlawful activity, i.e. making available a room for the distribution of controlled substances in violation of Title 21, United States Code, Section 856(a)(2), knowing that the transaction is designed in whole or in part to conceal or disguise the nature, the location, the source, the ownership, and the control of the proceeds of the specified unlawful activity.  All in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i).

## FHB DRUG PROCEEDS IN 1999

338.    In 1999, the Bank Deposits Method of Proof showed that BETTY YI HERNANDEZ and Kwang Sup SHIN had Corrected Taxable Income of $118,204.72 and Additional Taxable Income of $118,204.72.  In 1999, based upon the Bank Deposits Method of Proof, the Additional Taxable Income of $118,204.72 represents unidentified income.

339.    In 1999, based upon the information of the Honolulu DEA Task Force investigation, the Additional Taxable Income of $118,204.72 represents an inherent appearance of income that BETTY YI HERNANDEZ likely received from drug users and drug dealers.

340.    In 1999, FHB records showed that BETTY YI HERNANDEZ, Kwang Sup SHIN and Nho Boon KIM managed to deposit a total of $124,209.27 in cash into FHB Swing Video Checking

Account #47-019753. This required a number of deposits, all made in amounts well under $10,000.

## FHB DRUG PROCEEDS IN 2000

341.    In 2000, the Bank Deposits Method of Proof showed that BETTY YI HERNANDEZ and Kwang Sup SHIN had Corrected Taxable Income of $106,868.92 and Additional Taxable Income of $106,868.92. In 2000, based upon the Bank Deposits Method of Proof, the Additional Taxable income of $106,868.92 represents unidentified income.

342.    In 2000, based upon the information of the Honolulu DEA Task Force investigation, the Additional Taxable Income of $106,868.92 represents an inherent appearance of income that BETTY YI HERNANDEZ likely received from drug users and drug dealers.

343.    In 2000, FHB records showed that BETTY YI HERNANDEZ, Kwang Sup SHIN and Nho Boon KIM managed to deposit a total of $178,711.00 in cash into FHB Swing Video Checking Account #47-019753. This required a number of deposits, all made in amounts well under $10,000.

344.    In 2000, FHB records showed that BETTY YI HERNANDEZ, Kwang Sup SHIN and Nho Boon KIM managed to deposit a total of $4,200.00 in cash into FHB Swing Video LLC Checking Account #65-194899.

## FHB DRUG PROCEEDS IN 2001

345.    In 2001, the Bank Deposits Method of Proof showed that BETTY YI HERNANDEZ and Kwang Sup SHIN had Corrected Taxable Income of $50,991.09 and Additional Taxable Income of $26,500.09. In 2001, based upon the Bank Deposits Method of Proof, the Additional Taxable Income of $26,500.09 represents unidentified income.

346.    In 2001, based upon the information of the Honolulu DEA Task Force investigation, the Additional Taxable Income of $26,500.09 represents an inherent appearance of income that BETTY YI HERNANDEZ likely received from drug users and drug dealers.

347.   In 2001, FHB records showed that BETTY YI HERNANDEZ, Kwang Sup SHIN and Nho Boon KIM managed to deposit a total of $223,117.65 in cash into FHB Swing Video Checking Account #47-019753.  This required a number of deposits, all made in amounts well under $10,000.

348.   In 2001, FHB records showed that BETTY YI HERNANDEZ, Kwang Sup SHIN and Nho Boon KIM managed to deposit a total of $31,500.00 in cash into FHB Swing Video LLC Checking Account #65-194899.  This required a number of deposits, all made in amounts well under $10,000.

## FHB DRUG PROCEEDS IN 2002

349.   In 2002, the Bank Deposits Method of Proof showed that BETTY YI HERNANDEZ and Kwang Sup SHIN had Corrected Taxable Income of $67,279.01 and Additional Taxable Income of $45,033.01.  In 2002, based upon the Bank Deposits Method of Proof, the Additional Taxable Income of $45,033.01 represents unidentified income.

350.   In 2002, based upon the information of the Honolulu DEA Task Force investigation, the Additional Taxable Income of $45,033.01 represents an inherent appearance of income that BETTY YI HERNANDEZ likely received from drug users and drug dealers.

351.   In 2002, FHB records showed that BETTY YI HERNANDEZ, Kwang Sup SHIN and Nho Boon KIM managed to deposit a total of $249,226.00 in cash into FHB Swing Video Checking Account #47-019753.  This required a number of deposits, all made in amounts well under $10,000.

352.   In 2002, FHB records showed that BETTY YI HERNANDEZ, Kwang Sup SHIN and Nho Boon KIM managed to deposit a total of $13,000 in cash into FHB Swing Video LLC Checking Account #65-194899.  This required a number of deposits, all made in amounts well under $10,000.

## AVOIDING CURRENCY TRANSACTION REPORTS AT FHB

353.    Based on the information provided by the Honolulu DEA Task Force on BETTY YI HERNANDEZ and Swing Video LLC, based on the indications of fraud committed by BETTY YI HERNANDEZ and Kwang Sup SHIN, based on the foregoing facts and based on my experience and training, it is probable that BETTY YI HERNANDEZ, and Kwang Sup SHIN deposited cash from drug dealers and drug users in amounts less than $10,000 to prevent banks from filing a Currency Transaction Report with the IRS.  Based on the following information, it is probable that illegally acquired money was blended in with legitimate ordinary appearing bank deposits in FHB Swing Video Checking Account #47-019753 and FHB Swing Video LLC Checking Account #65-194899 in amounts less than $10,000 to prevent FHB from filing a Currency Transaction Report with the IRS.

## STRUCTURING CASH DEPOSITS AT FHB

354.    On 07/08/2003, according to FHB records, Kwang Sup SHIN deposited cash in amounts less than $10,000 to prevent FHB from filing a Currency Transaction Report with the IRS.  On 07/08/2003, according to FHB records, Kwang Sup SHIN intended to make cash deposits totaling $14,000.00 into FHB Swing Video Business Checking Account #47-019753 and FHB Swing Video LLC Business Checking Account #65-194899.  On 07/08/2003, according to FHB records, Kwang Sup SHIN deposited $6,000.00 in cash in $20 bills into FHB Swing Video LLC Business Checking Account #65-194899.  On 07/08/2003, according to FHB records, Kwang Sup SHIN was going to deposit $8,000.00 in cash into FHB Swing Video Business Checking Account #47-019753.  On 07/08/2003, according to FHB employees, Kwang Sup SHIN learned that FHB would file a Currency Transaction Report (hereinafter CTR) for cash transactions of $10,000 or more.  On 07/08/2003, according to FHB employees, after contacting an unidentified individual by cellular telephone, Kwang Sup SHIN reduced the amount of his original intended $8,000.00 cash deposit into FHB Swing Video Business Checking Account #47-019753.  On 07/08/2003, according to FHB records, Kwang Sup SHIN reduced the amount of his original intended $8,000.00 cash deposit into FHB Swing Video Business Checking Account #47-019753.  On 07/08/2003, according to FHB records, Kwang Sup SHIN deposited $3,000.00 in cash in $1 bills into FHB Swing Video Business Checking Account #47-019753.  IRS records showed that no Currency Transaction Reports were filed for the cash deposits that were made into FHB Swing Video

Checking Account #47-019753 and for FHB Swing Video LLC Checking Account #65-194899 by Kwang Sup SHIN on 07/08/2003.

## CASH DEPOSITS TO BANK ACCOUNTS AT OTHER FINANCIAL INSTITUTIONS

355.    Based on the information provided by the Honolulu DEA Task Force on BETTY YI HERNANDEZ and Swing Video LLC, based on the indications of fraud committed by BETTY YI HERNANDEZ and Kwang Sup SHIN, based on the foregoing facts and based on my experience and training, I conducted a financial investigation to determine if BETTY YI HERNANDEZ used bank accounts other than FHB Swing Video Checking Account #47-019753 and FHB Swing Video LLC Checking Account #65-194899 to deposit cash from drug dealers and drug users, in amounts less than $10,000, to prevent banks from filing a Currency Transaction Report with the IRS.

### CITY BANK SAVINGS ACCOUNT #236322420

### CITY BANK CASH DEPOSITS IN 1999

356.    Based on the following information, it is probable that illegally acquired money was blended in with legitimate ordinary appearing bank deposits in CB Savings Account #236322420 in amounts less than $10,000 to prevent CB from filing a Currency Transaction Report with the IRS.

357.    On 01/18/1999, according to CB records, BETTY YI HERNANDEZ had a balance of $2,183.05 in CB Savings Account #236322420. In 1999, Swing Video LLC was the primary source of income for BETTY YI HERNANDEZ. In 1999, the Schedule of Reported Taxable Income showed that BETTY YI HERNANDEZ and Kwang Sup SHIN had taxable income of ($56,286.00). In 1999, the Bank Deposits Method of Proof showed that BETTY YI HERNANDEZ and Kwang Sup SHIN had Corrected Taxable Income of $118,204.72 and Additional Taxable Income of $118,204.72. In 1999, based upon the Bank Deposits Method of Proof, the Additional Taxable Income of $118,204.72 represents unidentified income. In 1999, based upon the information of the Honolulu DEA Task Force investigation, the Additional Taxable Income of $118,204.72 represents an inherent appearance of income that BETTY YI HERNANDEZ likely received from drug users and drug dealers. In 1999, CB records showed that BETTY YI HERNANDEZ managed to deposit a total of $3,000.00 in cash into CB #236322420. In 1999, based upon the information of the Honolulu DEA Task Force investigation, the $3,000.00

represents an inherent appearance of income that BETTY YI HERNANDEZ likely received from drug users and drug dealers.

## CITY BANK CASH DEPOSITS IN 2000

358.   In 2000, Swing Video LLC was the primary source of income for BETTY YI HERNANDEZ. In 2000, the Schedule of Reported Taxable Income showed that BETTY YI HERNANDEZ and Kwang Sup SHIN had taxable income of ($21,407.00). In 2000, the Bank Deposits Method of Proof showed that BETTY YI HERNANDEZ and Kwang Sup SHIN had Corrected Taxable Income of $106,868.92 and Additional Taxable Income of $106,868.92. In 2000, based upon the Bank Deposits Method of Proof, the Additional Taxable Income of $106,868.92 represents unidentified income. In 2000, based upon the information of the Honolulu DEA Task Force investigation, the Additional Taxable Income of $106,868.92 represents an inherent appearance of income that BETTY YI HERNANDEZ likely received from drug users and drug dealers. In 2000, CB records showed that BETTY YI HERNANDEZ managed to deposit a total of $9,000.00 in cash into CB #236322420. In 2000, based upon the information of the Honolulu DEA Task Force investigation, the $9,000.00 represents an inherent appearance of income that BETTY YI HERNANDEZ likely received from drug users and drug dealers.

## CITY BANK CASH DEPOSITS IN 2001

359.   In 2001, Swing Video LLC was the primary source of income for BETTY YI HERNANDEZ. In 2001, the Schedule of Reported Taxable Income showed that BETTY YI HERNANDEZ and Kwang Sup SHIN had taxable income of $24,491.00. In 2001, the Bank Deposits Method of Proof showed that BETTY YI HERNANDEZ and Kwang Sup SHIN had Corrected Taxable Income of $50,991.09 and Additional Taxable Income of $26,500.09. In 2001, based upon the Bank Deposits Method of Proof, the Additional Taxable Income of $26,500.09 represents unidentified income. In 2001, based upon the information of the Honolulu DEA Task Force investigation, the Additional Taxable Income of $26,500.09 represents an inherent appearance of income that BETTY YI HERNANDEZ likely received from drug users and drug dealers. In 2001, CB records showed that BETTY YI HERNANDEZ managed to deposit a total of $5,100.00 in cash into CB #236322420. In 2001, based upon the information of the Honolulu DEA Task Force investigation, the $5,100.00 represents an inherent appearance of income that BETTY YI HERNANDEZ likely received from drug users and drug dealers.

## CITY BANK CASH DEPOSITS IN 2002

360.    In 2002, Swing Video LLC was the primary source of income for BETTY YI HERNANDEZ. In 2002, the Schedule of Reported Taxable Income showed that BETTY YI HERNANDEZ and Kwang Sup SHIN had taxable income of $22,246.00. In 2002, the Bank Deposits Method of Proof showed that BETTY YI HERNANDEZ and Kwang Sup SHIN had Corrected Taxable Income of $67,279.01 and Additional Taxable Income of $45,033.01. In 2002, based upon the Bank Deposits Method of Proof, the Additional Taxable Income of $45,033.01 represents unidentified income. In 2002, based upon the information of the Honolulu DEA Task Force investigation, the Additional Taxable Income of $45,033.01 represents an inherent appearance of income that BETTY YI HERNANDEZ likely received from drug users and drug dealers. In 2002, CB records showed that BETTY YI HERNANDEZ managed to deposit a total of $6,000.00 in cash into CB #236322420. In 2002, based upon the information of the Honolulu DEA Task Force investigation, the $6,000.00 represents an inherent appearance of income that BETTY YI HERNANDEZ likely received from drug users and drug dealers.

## UNIVERSITY OF HAWAII FCU ACCOUNT #37961

## UH FCU CASH DEPOSITS IN 1999

361.    Based on the following information, it is probable that illegally acquired money was blended in with legitimate ordinary appearing bank deposits in UHFCU Prime Share Account #37961, in amounts less than $10,000 to prevent UHFCU bank from filing a Currency Transaction Report with the IRS.

362.    On 06/17/1999, according to UHFCU records, BETTY YI HERNANDEZ opened UHFCU Prime Share Account #37961 with a deposit of $110.14. In 1999, Swing Video LLC was the primary source of income for BETTY YI HERNANDEZ. In 1999, the Schedule of Reported Taxable Income showed that BETTY YI HERNANDEZ and Kwang Sup SHIN had taxable income of ($56,286.00). In 1999, the Bank Deposits Method of Proof showed that BETTY YI HERNANDEZ and Kwang Sup SHIN had Corrected Taxable Income of $118,204.72 and Additional Taxable Income of $118,204.72. In 1999, based upon the Bank Deposits Method of Proof, the Additional Taxable Income of $118,204.72 represents unidentified income. In 1999,

based upon the information of the Honolulu DEA Task Force investigation, the Additional Taxable Income of $118,204.72 represents an inherent appearance of income that BETTY YI HERNANDEZ likely received from drug users and drug dealers. In 1999, UHFCU records showed that BETTY YI HERNANDEZ managed to deposit a total of $1,110.00 in cash into UHFCU Prime Share Account #37961. In 1999, based upon the information of the Honolulu DEA Task Force investigation, the $1,110.00 represents an inherent appearance of income that BETTY YI HERNANDEZ likely received from drug users and drug dealers.

## UH FCU CASH DEPOSITS IN 2000

363.    In 2000, Swing Video LLC was the primary source of income for BETTY YI HERNANDEZ. In 2000, the Schedule of Reported Taxable Income showed that BETTY YI HERNANDEZ and Kwang Sup SHIN had taxable income of ($21,407.00). In 2000, the Bank Deposits Method of Proof showed that BETTY YI HERNANDEZ and Kwang Sup SHIN had Corrected Taxable Income of $106,868.92 and Additional Taxable Income of $106,868.92. In 2000, based upon the Bank Deposits Method of Proof, the Additional Taxable income of $106,868.92 represents unidentified income. In 2000, based upon the information of the Honolulu DEA Task Force investigation, the Additional Taxable Income of $106,868.92 represents an inherent appearance of income that BETTY YI HERNANDEZ likely received from drug users and drug dealers. In 2000, UHFCU records showed that BETTY YI HERNANDEZ managed to deposit a total of $12,250.00 in cash into UHFCU Prime Share Account #37961. In 2000, based upon the information of the Honolulu DEA Task Force investigation, the $12,250.00 represents an inherent appearance of income that BETTY YI HERNANDEZ likely received from drug users and drug dealers.

## UH FCU CASH DEPOSITS IN 2001

364.    In 2001, Swing Video LLC was the primary source of income for BETTY YI HERNANDEZ. In 2001, the Schedule of Reported Taxable Income showed that BETTY YI HERNANDEZ and Kwang Sup SHIN had taxable income of $24,491.00. In 2001, the Bank Deposits Method of Proof showed that BETTY YI HERNANDEZ and Kwang Sup SHIN had Corrected Taxable Income of $50,991.09 and Additional Taxable Income of $26,500.09. In 2001, based upon the Bank Deposits Method of Proof, the Additional Taxable Income of $26,500.09 represents unidentified income. In 2001, based upon the information of the Honolulu DEA Task Force investigation, the Additional Taxable Income of $26,500.09 represents an inherent appearance of income that

BETTY YI HERNANDEZ likely received from drug users and drug dealers. In 2001, UHFCU records showed that BETTY YI HERNANDEZ managed to deposit a total of $14,000.00 in cash into UHFCU Prime Share Account #37961. In 2001, based upon the information of the Honolulu DEA Task Force investigation, the $14,000.00 represents an inherent appearance of income that BETTY YI HERNANDEZ likely received from drug users and drug dealers.

## UH FCU CASH DEPOSITS IN 2002

365.    In 2002, Swing Video LLC was the primary source of income for BETTY YI HERNANDEZ. In 2002, the Schedule of Reported Taxable Income showed that BETTY YI HERNANDEZ and Kwang Sup SHIN had taxable income of $22,246.00. In 2002, the Bank Deposits Method of Proof showed that BETTY YI HERNANDEZ and Kwang Sup SHIN had Corrected Taxable Income of $67,279.01 and Additional Taxable Income of $45,033.01. In 2002, based upon the Bank Deposits Method of Proof, the Additional Taxable Income of $45,033.01 represents unidentified income. In 2002, based upon the information of the Honolulu DEA Task Force investigation, the Additional Taxable Income of $45,033.01 represents an inherent appearance of income that BETTY YI HERNANDEZ likely received from drug users and drug dealers. In 2002, UHFCU records showed that BETTY YI HERNANDEZ managed to deposit a total of $4,000.00 in cash into UHFCU Prime Share Account #37961. In 2002, based upon the information of the Honolulu DEA Task Force investigation, the $4,000.00 represents an inherent appearance of income that BETTY YI HERNANDEZ likely received from drug users and drug dealers.

## CURRENCY TRANSACTION REPORTS

366.    IRS records showed that no Currency Transaction Reports were filed for FHB Swing Video Checking Account #47-019753 in 1999, 2000, 2001,2002 and 2003. IRS records showed that no Currency Transaction Reports were filed for FHB Swing Video LLC Checking Account #65-194899 in 1999, 2000, 2001,2002 and 2003. IRS records showed that no Currency Transaction Reports were filed for CB Savings Account #236322420 in 1999, 2000, 2001 and 2002. IRS records showed that no Currency Transaction Reports were filed for UHFCU Prime Share Account #37961 in 1999, 2000, 2001 and 2002.

## CONCLUSION AND RECOMMENDATIONS

367.    Based upon the foregoing facts, there is probable cause to believe, and I do believe, that BETTY YI HERNANDEZ engaged in violations of Title 21, United States Code, Sections 856(a)(2) and 856(b); Title 18, United States Code, Section 1956(a)(1)(A)(i), and Title 18, United States Code, Section 1956(a)(1)(B)(i).

368.    Based on the information provided by financial records, BETTY YI HERNANDEZ, intentionally and knowingly conducted a financial transaction affecting interstate commerce, i.e. depositing cash into City Bank Account #236322420 held in the name BETTY YI HERNANDEZ, 3075 Ala Poha Place, Unit 1609, Honolulu, Hawaii 96814; First Hawaiian Bank Swing Video Checking Account #47-019753 held in the name of BETTY YI HERNANDEZ dba Swing Video, 35 North Hotel Street, Honolulu, Hawaii 96817; First Hawaiian Bank Swing Video LLC Checking Account #65-194899 held in the name of BETTY YI HERNANDEZ dba Swing Video LLC, 1340 Kapiolani Blvd., Unit 102, Honolulu, Hawaii 96814 and University of Hawaii Federal Credit Union Account #37961 held in the name of BETTY YI HERNANDEZ, 3075 Ala Poha Place, Unit 1609, Honolulu, Hawaii, knowing that the property involved in the financial transaction represented the proceeds of some form of a specified unlawful activity, i.e. making available a room for the distribution of controlled substances in violation of Title 21, United States Code, Section 856(a)(2), knowing that the transaction is designed in whole or in part to conceal or disguise the nature, the location, the source, the ownership, and the control of the proceeds of the specified unlawful activity. All in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i).

369.    Therefore, I believe that probable cause exists to seize City Bank Account #236322420 held in the name BETTY YI HERNANDEZ, 3075 Ala Poha Place, Unit 1609, Honolulu, Hawaii 96814; First Hawaiian Bank Swing Video Checking Account #47-019753 held in the name of BETTY YI HERNANDEZ dba Swing Video, 35 North Hotel Street, Honolulu, Hawaii 96817; First Hawaiian Bank Swing Video LLC Checking Account #65-194899 held in the name of BETTY YI HERNANDEZ dba Swing Video LLC, 1340 Kapiolani Blvd., Unit 102, Honolulu, Hawaii 96814 and University of Hawaii Federal Credit Union Account #37961 held in the name of BETTY YI HERNANDEZ, 3075 Ala Poha Place, Unit 1609, Honolulu, Hawaii 96814, pursuant to Title 18, United States, Code Section 981(a)(1)(A).

FURTHER AFFIANT SAYETH NAUGHT.

Jason K. Pa

Special Agent

Department of Homeland Security

U.S. Immigration & Customs Enforcement

Subscribed and sworn to

Before me this 10th day

Of December 2003.

UNITED STATES MAGISTRATE JUDGE

DISTRICT OF HAWAII