CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was mailed on January 13, 2004 to the following person:

    MICHAEL GREEN, ESQ.
    345 Queen Street, Ste. 2
    Honolulu, HI   96813

    Attorney for Defendant
    BETTY HERNANDEZ

DATED: January 13, 2004, at Honolulu, Hawaii.

*/s/ Patricia L. Redondo*