## United States District Court

### JUDICIAL DISTRICT OF HAWAII

In the Matter of the Seizure of
(Address or brief description of property or premises to be seized)

**SEIZURE WARRANT**

ATTENTION: CASHIER'S SECTION
$50,000.00 IN POSTED BAIL MONEY IN POSSESSION OF THE
CHIEF CLERK'S OFFICE FIRST CIRCUIT, 777 PUNCHBOWL STREET, HONOLULU, HI 96813
UNDER COURT CASE #CR03-1-2579 AND/OR UNDER THE NAME OF
BETTY YI HERNANDEZ, SSN: 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

CASE NUMBER: 04-0097K

TO: Jason K. Pa, Special Agent, U.S. Immigration and Customs Enforcement and any Authorized Officer of the United States
Affidavit(s) having been made before me by Jason K. Pa, Special Agent, U.S. Immigration and Customs Enforcement who has reason to believe that in the Judicial District of Hawaii there is now certain property which is subject to forfeiture to the United States, namely (describe property to be seized)

$50,000.00 IN POSTED BAIL MONEY IN POSSESSION OF THE CHIEF CLERK'S OFFICE FIRST CIRCUIT, 777 PUNCHBOWL STREET, HONOLULU HI 96813 ATTENTION: CASHIER'S SECTION UNDER COURT CASE #CR03-1-2579 AND/OR UNDER THE NAME OF BETTY YI HERNANDEZ, SSN: 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.

which is moneys furnished or intended to be furnished by any person in exchange for a controlled substance or as proceeds traceable to such an exchange and concerning a violation of Title 18 U.S.C §§ 1956.

I am satisfied that the affidavit(s) and any recorded testimony establish probable cause to believe that the property to so described is subject to seizure and that grounds exist for the issuance of this seizure warrant.

YOU ARE HEREBY COMMANDED to seize within 10 days the property specified, serving this warrant and making the seizure (in the daytime – 6:00 A.M. to 10:00 P.M.) leaving a copy of this warrant and receipt for the seized property, and prepare a written inventory of the property seized and promptly return this warrant to U.S. Magistrate Judge as required by law.

Jan 29, 2004  2:09 PM
Date and Time Issued

Honolulu, Hawaii
City and State

United States Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer
**KEVIN S.C. CHANG**